# **EXHIBIT B**

Exhibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 202 | Mt. Pleasant | $ 220,005.23 | $ 8,663.53 | $ 16,842.95 | $ 9,112.48 | $ (1,163.12) | $ 253,461.07 | $ 54,267.83 | $ 307,728.90 |

## Account Status

# 202 Mt Pleasant

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 202-0002062* | Merchandise INV | 21-FEB-20 | 07-MAR-20 | USD | 23,317.37 | 23,317.37 |
| S202022220 | Shuttle INV | 22-FEB-20 | 08-MAR-20 | USD | 2,402.00 | 2,402.00 |
| 202-0002063 | Merchandise INV | 24-FEB-20 | 10-MAR-20 | USD | 18,788.37 | 18,788.37 |
| 202-0002064 | Merchandise INV | 25-FEB-20 | 11-MAR-20 | USD | 3,948.14 | 3,948.14 |
| R202030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 8,663.53 | 8,663.53 |
| 202-0002065 | Merchandise INV | 26-FEB-20 | 12-MAR-20 | USD | 32,963.30 | 32,963.30 |
| 202-0002066 | Merchandise INV | 27-FEB-20 | 13-MAR-20 | USD | 13,889.35 | 13,889.35 |
| 202-0002067 | Merchandise INV | 28-FEB-20 | 14-MAR-20 | USD | 25,561.37 | 25,561.37 |
| 202-0002068 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 6,307.37 | 6,307.37 |
| 202-0002069 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 1,518.00 | 1,518.00 |
| 202-0002070 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 643.20 | 643.20 |
| 202-0002071 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | (50.00) | (50.00) |
| 202-0002072 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 7,913.14 | 7,913.14 |
| 202-0002073 | Gift Cards INV | 29-FEB-20 | 15-MAR-20 | USD | (1,764.98) | (1,764.98) |
| S202022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 2,352.00 | 2,352.00 |
| 202-0002074 | Merchandise INV | 03-MAR-20 | 18-MAR-20 | USD | 22,232.44 | 22,232.44 |
| 202-0002075 | Merchandise INV | 04-MAR-20 | 19-MAR-20 | USD | 18,388.89 | 18,388.89 |
| 202-0002076 | Merchandise INV | 07-MAR-20 | 22-MAR-20 | USD | 35,937.80 | 35,937.80 |
| S202030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 1,369.20 | 1,369.20 |
| 202-0002077 | Merchandise INV | 08-MAR-20 | 23-MAR-20 | USD | 24,978.00 | 24,978.00 |
| 202-0002078 | Delivery Merch INV | 08-MAR-20 | 23-MAR-20 | USD | 2,295.18 | 2,295.18 |
| 202-0002079 | Delivery Fees INV | 08-MAR-20 | 23-MAR-20 | USD | 143.00 | 143.00 |
| 202-0002080 | CPU VIA Merch INV | 08-MAR-20 | 23-MAR-20 | USD | 158.66 | 158.66 |
| 202-0002081 | CPU VIA Fees INV | 08-MAR-20 | 23-MAR-20 | USD | 100.00 | 100.00 |
| 202-0002082 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 1,199.34 | 1,199.34 |
| 202-0002083 | Gift Cards INV | 08-MAR-20 | 23-MAR-20 | USD | (250.00) | (250.00) |
| S202031420 | Shuttle INV | 08-MAR-20 | 23-MAR-20 | USD | 456.40 | 456.40 |
| | | | | | Total Due | 253,461.07 |

Report Run Date - 15-MAR-2020

## Account Status

### 203 Midland PS

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| R203030820 | Royalty PS INV | 08-MAR-20 | 11-MAR-20 | USD | 303.00 | 303.00 |
| | | | | | Total Due | 303.00 |

Report Run Date - 15-MAR-2020

## Account Status

## 213 Cadillac

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| R213030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 4,045.33 | 4,045.33 |
| S213022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 672.00 | 672.00 |
| | | | | | Total Due | 4,717.33 |

Report Run Date - 15-MAR-2020

## Account Status

### 229 Mt Pleasant PS

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| R229030820 | Royalty PS INV | 08-MAR-20 | 11-MAR-20 | USD | 414.92 | 414.92 |
| | | | | | Total Due | 414.92 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| NOVEMBER | 2019 | | | | | INVOICE DATE: | 1/16/2020 |
|---|---|---|---|---|---|---|---|
| STORE | 202 | MT PLEASANT | | | | DUE DATE: | 1/31/2020 |
| INVOICE | 202-113019 | | | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | MT PLEASANT | IT | AT&T MOBILITY | 872369X0008X10252019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 202 | MT PLEASANT | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (2,337.50) | (2,337.50) | | | (2,337.50) |
| 202 | MT PLEASANT | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 6,389.00 | 6,389.00 | | | 6,389.00 |
| 202 | MT PLEASANT | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 6,642.31 | 6,642.31 | | | 6,642.31 |
| 202 | MT PLEASANT | ART VAN | ENGLAND | DM0736563 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 202 | MT PLEASANT | ART VAN | FRANKLIN CORP | DM0739334 | 11/22/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 202 | MT PLEASANT | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#40753 | 12 | | 11.71 | 8.30 | 0.70 | 20.71 |
| 202 | MT PLEASANT | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2VERSIONS GE#81026 | 12 | | 20.66 | | 1.24 | 21.90 |
| 202 | MT PLEASANT | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 -1 VERSIONS GE#81200 | 13 | | 15.21 | | 0.91 | 16.12 |
| 202 | MT PLEASANT | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 25,976 | | | | | 5,109.48 |
| 202 | MT PLEASANT | ADVERTISING | JRNN MEDIANEWS GROUP | 9/30/19 | 9/30/19 | MID MICHIGAN BUYERS GUIDE/ LABOR DAYY AD#1336860 | | | | | | 693.39 |
| 202 | MT PLEASANT | ART VAN | MSTAR INTERNATIONAL TRADING | DM0736634 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | | 0.87 | 0.16 | | 1.03 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12PAGE TABLOID | 13,550 | | 542.40 | 45.30 | | 587.70 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29205 | 11/18/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 50 | | | | | 1.85 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 50 | | | | | 1.85 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29207 | 11/18/19 | ART VAN ISSURE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 13,550 | | | | | 229.25 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/24/19 BLACK FRIDAY 8PG DOUBLE GATE | 72,050 | | | | | 4,097.18 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29210 | 11/18/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 13,550 | | | | | 431.58 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29211 | 11/18/19 | ART VAN ISSUE DATE: 11/29/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 72,050 | | | | | 2,454.61 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA | 29209R | 11/18/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 50 | | | | | 1.71 |
| 202 | MT PLEASANT | ART VAN | TEMPUS TECHNOLOGIES, INC | 101541529 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 202 | MT PLEASANT | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942866 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 202 | MT PLEASANT | ART VAN | UNITED FURNITURE INDUSTRIES | DM0736555 | 11/6/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 202 | MT PLEASANT | ART VAN | UNITED FURNITURE INDUSTRIES | DM0737101 | 11/13/19 | VENDOR CREDIT | 1 | (30.00) | (30.00) | | | (30.00) |
| 202 | MT PLEASANT | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 9 | | | | | 7.00 |
| 202 | MT PLEASANT | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149536 | 10/28/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 2 | | | | | 21.00 |

24,311.72

```
Run Date . . :   10/2019                                 ART VA  NITURE                                      961229/ACCT      RC_SRV_CD
Run Time . . :   11:33:03                             Franchise Service Credits                              MAN898R/M N SYS
Store  . . . : 202 MT PLEASANT FR                     11/01/2019 to 11/30/2019
Page   . . . : 00001
Vendor/Model            Debit Memo#      Service#      Road Service  Delivery Prp  Damage Prp  Reprs
==================================================================================================
PAL    41090-42-ZG6                      808-1822122-001      50.00          .00         .00     .00
JAIHM  WOW-030                           808-1822124-001      50.00          .00         .00     .00
STLIN  7120-S-FOG                        808-1822125-001     125.00          .00         .00     .00
STLIN  7123-L-FOG                        808-1822125-002     125.00          .00         .00     .00
UNIFU  U627P-COGNAC                      808-1822127-001     125.00          .00         .00     .00
MENG   MNY2007-50                        808-1822128-001     125.00          .00         .00     .00
FRANK  3101-PWR-NAVY                     808-1822134-001     125.00          .00         .00     .00
LZB    010-433-CHOC                      808-1822170-001     125.00          .00         .00     .00
SYN    378-52-PWR-BROWN                  808-1822381-001     125.00          .00         .00     .00
VHFUR  2412-RAF-CHAISE                   808-1822418-001      50.00          .00         .00     .00
STYLC  SO-B4G0064-COIL-CCLF              808-1822421-001      75.00          .00         .00     .00
FYUAN  D71203-EDTT                       808-1823457-001      50.00          .00         .00     .00
FYUAN  D71203-DB                         808-1823457-002      50.00          .00         .00     .00
SOUMO  716-06P-PWR                       808-1823674-001      75.00          .00         .00     .00
FUSIN  1142-AV-CHARCOAL                  808-1823681-001      75.00          .00         .00     .00
STD    4227361-S-BROWN                   808-1823685-001      75.00          .00         .00     .00
PAL    43411-38                          808-1823726-001      75.00          .00         .00     .00
LZB    SO-10-519SW-M156763               808-1823728-001     125.00          .00         .00     .00
RGOLD  W161-60F                          808-1823732-001      75.00          .00         .00     .00
LZB    010-502L-H1-BURG                  808-1823810-001     125.00          .00         .00     .00
GOAK   WC-288-GO                         808-1824532-001      75.00          .00         .00     .00
FLEX   1681-64PH-TAUPE                   808-1825629-001     125.00          .00         .00     .00
LZB    44P-537-GRAPHITE                  808-1825650-001     125.00          .00         .00     .00
==================================================================================================
UNIFU  6485-S-PEWTER                     202-0000136-001         .00          .00         .00   37.50
LZB    480-706                           202-0000137-001         .00          .00         .00   37.50
HOLL   497-14                            202-0000138-001         .00          .00         .00   37.50
STD    4218837-RED                       202-0000139-001         .00          .00         .00   37.50
RGOLD  W1038-50-60R                      202-0000140-001         .00          .00         .00   37.50
==================================================================================================
Total . . :                                                 2150.00          .00         .00  187.50     2337.50
```

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---:|---:|---|
| 202-0278831 | 20191111 | SAMSUNG-TABLET | 150.00 | 150.00 | 202 |
| 202-0279217 | 20191104 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0280232 | 20191101 | TV-43INCH | 150.00 | 150.00 | 202 |
| 202-0280307 | 20191101 | TV-43INCH | (150.00) | (150.00) | 202 |
| 202-0280307 | 20191104 | TV-43INCH | 150.00 | 150.00 | 202 |
| 202-0280311 | 20191106 | TV-43INCH | 150.00 | 150.00 | 202 |
| 202-0280323 | 20191106 | TV-43INCH | 150.00 | 150.00 | 202 |
| 202-0280352 | 20191104 | TV-43INCH | 150.00 | 150.00 | 202 |
| 202-0280412 | 20191111 | KITCHENAID-MIXER | 200.00 | 200.00 | 202 |
| 202-0280543 | 20191109 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280549 | 20191109 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280594 | 20191111 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280598 | 20191111 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280603 | 20191111 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280638 | 20191113 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280651 | 20191113 | 50INCH-TV | 150.00 | 250.00 | 202 |
| 202-0280669 | 20191119 | SOUND-BAR | 150.00 | 150.00 | 202 |
| 202-0280693 | 20191115 | 50INCH-TV | 150.00 | 250.00 | 202 |
| 202-0280698 | 20191115 | 50INCH-TV | 150.00 | 250.00 | 202 |
| 202-0280708 | 20191117 | SOUND-BAR | 150.00 | 150.00 | 202 |
| 202-0280709 | 20191126 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280711 | 20191116 | SOUND-BAR | 150.00 | 150.00 | 202 |
| 202-0280715 | 20191125 | 50IN-TV | (250.00) | (250.00) | 202 |
| 202-0280734 | 20191116 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280740 | 20191117 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280753 | 20191117 | SOUND-BAR | 150.00 | 150.00 | 202 |
| 202-0280757 | 20191117 | SOUND-BAR | 150.00 | 150.00 | 202 |
| 202-0280813 | 20191120 | HAND-DYSON | 200.00 | 200.00 | 202 |
| 202-0280817 | 20191120 | HAND-DYSON | 200.00 | 200.00 | 202 |
| 202-0280825 | 20191120 | 49IN-TV | 200.00 | 200.00 | 202 |
| 202-0280862 | 20191122 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0280915 | 20191126 | SYG-100-M-BIKE | 75.00 | 75.00 | 202 |
| 202-0280921 | 20191123 | WIRELESSBEATS | 150.00 | 132.00 | 202 |
| 202-0281054 | 20191127 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281064 | 20191127 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281073 | 20191127 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281077 | 20191127 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281085 | 20191127 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281094 | 20191128 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281132 | 20191128 | WIRELESSBEATS | 150.00 | 132.00 | 202 |
| 202-0281136 | 20191128 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281166 | 20191129 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281178 | 20191129 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281203 | 20191129 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281241 | 20191129 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281246 | 20191129 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281249 | 20191129 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281253 | 20191129 | AIRFRYER | 50.01 | 50.00 | 202 |
| | | | | 6,389.00 | |

# FRANCHISE BILLING FORM

| DECEMBER | 2019 | | | | | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| STORE | 202 | MT PLEASANT | | ART VAN FURNITURE | | | | | DUE DATE: | 3/23/2020 |
| INVOICE | 202-123119 | | | | | | | | | |

| | FRANCHISE | | | VENDOR | | | INVOICE DETAIL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
| 202 | MT PLEASANT | IT | AT&T MOBILITY | 287236900083112252019 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 202 | MT PLEASANT | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (325.00) | (325.00) | | | (325.00) |
| 202 | MT PLEASANT | ADVERTISING | FALL 2019 CATALOG | 123119 | 12/31/19 | FALL 2019 CATALOG MASS MAILING | 1 | 13,006.91 | 13,006.91 | | | 13,006.91 |
| 202 | MT PLEASANT | ART VAN | ART VAN | 123119PSCR | 11/30/19 | PURESLEEP "BLACK FRIDAY WEEKEND" CONTEST - JAMES BALL | 1 | (500.00) | (500.00) | | | (500.00) |
| 202 | MT PLEASANT | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 6,642.26 | 6,642.26 | | | 6,642.26 |
| 202 | MT PLEASANT | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 3,220.00 | 3,220.00 | | | 3,220.00 |
| 202 | MT PLEASANT | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (210.00) | (210.00) | | | (210.00) |
| 202 | MT PLEASANT | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 202 | MT PLEASANT | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 202 | MT PLEASANT | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 12 | | 13.63 | | 0.82 | 14.45 |
| 202 | MT PLEASANT | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 202 | MT PLEASANT | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MJUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 25,976 | | 2,515.02 | 41.28 | 150.90 | 2,707.20 |
| 202 | ALPENA | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WVENT POSTERS ROUND 2-2VERSIONS GE#81954 | 12 | | 14.94 | 13.93 | 0.90 | 29.77 |
| 202 | MT PLEASANT | ADVERTISING | MEDIANEWS GROUP JRNN | 113019 | 11/30/19 | MID MICHIGAN BUYERS GUIDE BLK FRI/BLK SAT/VET DAY/BLK FRI/BLKFRI PS | 13,430 | | | | | 2,496.92 |
| 202 | MT PLEASANT | ADVERTISING | MEDIANEWS GROUP JRNN | 1031/19 | 10/31/19 | MID MICHIGAN BUYERS GUIDE 10/13 10/27 COLUMBUS DAY/ ANNIVERSARY | | | | | | 1,317.62 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 13,550 | | | | | 431.52 |
| 202 | MT PLEASANT | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 50 | | | | | 0.95 |
| 202 | MT PLEASANT | IT | PCM | 900186953 | 11/15/19 | REPLACEMENT OF OUTDATED COMPUTERS | 3 | 348.31 | 1,044.93 | | | 1,044.93 |
| 202 | MT PLEASANT | ART VAN | TEMPUS TECHNOLOGIES, INC | 123143901 | 12/7/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 202 | MT PLEASANT | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 11 | | | | | 7.00 |

GRAND TOTAL  202  29,956.11

Page 1 of 1

```
Run Date   . . : 10/2020                      ART VAL  NITURE                                      990708/ACC   RC_SRV_CD
Run Time   . . : 15:03:25                 Franchise Service Credits                                MAN898R/NEWSYS
Store  . . . . : 202 MT PLEASANT FR        12/01/2019 to 12/31/2019
Page   . . . . : 00001
Vendor/Model          Debit Memo#        Service#   Road Service  Delivery Prp  Damage  Reprs
========================================================================================================
SOUMO 2148P-PWR-SLATE                808-1840110-001      75.00          .00      .00     .00
SOUMO SO-875-31-252-17               808-1840459-001     125.00          .00      .00     .00
VHFUR 2212B-LAF-RECLINER             808-1840595-001     125.00          .00      .00     .00
========================================================================================================
Total  . . :                                             325.00          .00      .00     .00     325.00
```

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 202-0280337 | 20191202 | TV-43INCH | 150.00 | 150.00 | 202 |
| 202-0280813 | 20191219 | HAND-DYSON | 200.00 | 200.00 | 202 |
| 202-0281144 | 20191227 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281235 | 20191201 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281323 | 20191228 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0281325 | 20191218 | AIRFRYER | 50.01 | 50.00 | 202 |
| 202-0281343 | 20191213 | SYG-100-M-BIKE | 75.00 | 75.00 | 202 |
| 202-0281367 | 20191202 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0281377 | 20191213 | SYG-100-M-BIKE | 75.00 | 75.00 | 202 |
| 202-0281622 | 20191211 | TV-43INCH | 150.00 | 150.00 | 202 |
| 202-0281714 | 20191217 | TV-43INCH | 150.00 | 150.00 | 202 |
| 202-0282060 | 20191228 | KEURIGSINGLESERVE | 90.00 | 90.00 | 202 |
| 202-0282080 | 20191228 | KEURIGSINGLESERVE | 90.00 | 90.00 | 202 |
| 202-0282083 | 20191228 | KEURIGSINGLESERVE | 90.00 | 90.00 | 202 |
| 202-0282085 | 20191230 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0282088 | 20191228 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0282097 | 20191230 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0282106 | 20191229 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0282108 | 20191229 | 50IN-TV | 250.00 | 250.00 | 202 |
| 202-0282136 | 20191230 | 50IN-TV | 250.00 | 250.00 | 202 |
| | | | | 3,220.00 | |

```
PRINT DATE    : 12/05/2019                    ART VAN F[ ]TURE INC.                              PAG[ ] ]MBER:       1
PRINT TIME    : 9:23:25                              DEB[ ])EMO
DEBIT MEMO#   : 741184                                            WAREHOUSE: 10 WAREHOUSE AVF
REQ. STORE#   :
VENDOR . . .  : FUSIN FUSION FURNITURE INC.                           ENTRY: 12/05/2019   9:23:23  SRV808KK1
REASON . . .  :                                                       CLOSE: 12/05/2019   9:23:23  SRV808KK1
=================================================================================================================
                           DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL         QUANTITY     QUANTITY   QUANTITY       UNIT COST    EXTENDED COST
=================================================================================================================
  1                             0            0          0              .00           30.00

        Reason . . . . :                        Location   :
        ACK#/Product ID:              Service #      : 000-0000000-000   Invoice    :
        Customer Name  :              Delivery Date:                     Auth . . . :
        Replacement Mdl:              Sell at . . :       0% off         Vend Agree: Yes

        Problem Description
        -------------------
        IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
        810-1257212-001  1140-KP-AV-BROWN  CAPRI SOFA
        REFER TO DM# 734251
        DEDUCT $30.00
        PLEASE REIMBURSE FRANCHISE STORE 202 A $30.00 HANDLING FEE
=================================================================================================================

                                                                     TOTAL COST:         30.00


                                                ** END OF LISTING **
```

```
PRINT DATE   : 12/09/2019              ART VAN FURNITURE INC.                              PAGE NUMBER:    1
PRINT TIME   : 11:19:27                     DEBIT MEMO
DEBIT MEMO#  : 741616                                                    WAREHOUSE: 10 WAREHOUSE AVL
REQ. STORE#  :
VENDOR ..... : UNIFU UNITED FURNITURE INDUSTRIES                              ENTRY: 12/09/2019 11:19:17 SRV808KK1
REASON ..... :                                                                CLOSE: 12/09/2019 11:19:17 SRV808KK1

                         DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL       QUANTITY      QUANTITY    QUANTITY       UNIT COST      EXTENDED COST
==================================================================================================
  1                           0             0          0              .00             30.00

       Reason ........ :                        Location  :
       ACK#/Product ID :             Service # .. : 000-0000000-000      Invoice   :
       Customer Name . :             Delivery Date:                      Auth  . . :
       Replacement Mdl :             Sell at .. :    0% off              Vend Agree: Yes

       Problem Description
       ------------------------------------------------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1273956-001 ALAMO 2013-SC-TAUPE SWIVEL CHAIR
       REFER TO DM# 740833
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 202 A $30.00 HANDLING FEE.
==================================================================================================
                                                                   TOTAL COST:          30.00


                                       ** END OF LISTING **
```

```
PRINT DATE    : 12/09/2019                      ART VAN FURNITURE INC.                                         PAGE NUMBER:    1
PRINT TIME    : 11:51:06                                DEBIT MEMO
DEBIT MEMO#   : 741635                                                         WAREHOUSE:  10 WAREHOUSE AVL
REQ. STORE#   :
VENDOR . . .  : JAIHM JAIPUR HOME                                              ENTRY: 12/09/2019 11:51:05  SRV808KK1
REASON . . .  :                                                                CLOSE: 12/09/2019 11:51:05  SRV808KK1

                              DEBIT MEMO    GENERATED     SHIPPED
LINE# VENDOR/MODEL             QUANTITY     QUANTITY     QUANTITY     UNIT COST    EXTENDED COST
===== ========================= ========    =========    =========    =========    =============
  1                                0            0            0           .00           30.00

        Reason . . . . . :                       Location  :
        ACK#/Product ID:                         Invoice . :
        Customer Name :       Service # . :  000-0000000-000    Auth . . :
        Replacement Mdl:      Delivery Date:                    Vend Agree: Yes
                              Sell at . . :   0% off

        Problem Description
        ------------------------------------------
        IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
        810-1269941-001 PEDDLER WOW-030 BAR
        REFER TO DM# 739220
        DEDUCT $30.00
        PLEASE REIMBURSE FRANCHISE STORE 202 A $30.00 HANDLING FEE.
===============================================================================

                                                                TOTAL COST:        30.00

                                        ** END OF LISTING **
```

```
PRINT DATE   : 12/16/2019                    ART VAN FURNITURE INC.                                PAGE NUMBER:    1
PRINT TIME   : 9:42:54                              DEBIT MEMO
DEBIT MEMO#  : 743117                                                   WAREHOUSE:  10 WAREHOUSE AVE
REQ. STORE#  :
VENDOR . . . : LZB   LA-Z-BOY CHAIR COMPANY                                ENTRY: 12/16/2019  9:42:51  SRV808KK1
REASON . . . :                                                             CLOSE: 12/16/2019  9:42:51  SRV808KK1
===========================================================================================================================
                      DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL    QUANTITY     QUANTITY   QUANTITY              UNIT COST   EXTENDED COST
===========================================================================================================================
  1                       0            0          0                    .00           30.00

       Reason . . . :                           Location  . :
       ACK#/Product ID:                 Service # . . : 000-0000000-000    Invoice . . :
       Customer Name :                  Delivery Date:                     Auth  . . . :
       Replacement Mdl:                 Sell at . . . :   0% off           Vend Agree: Yes

       Problem Description
       -------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1251933-001  SO-480-706-B157757 RECLINING LOVESEAT
       REFER TO DM# 730048
       810-1251930-001  SO-440-706-B157757 RECLINING SOFA
       REFER TO DM# 730049
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 202 A $30.00 HANDLING FEE.
===========================================================================================================================
                                                              TOTAL COST:        30.00

                                       ** END OF LISTING **
```

```
PRINT DATE    : 12/16/2019                    ART VAN FURNITURE INC.                               PAGE NUMBER:    1
PRINT TIME    : 10:12:13                            DEBIT MEMO
DEBIT MEMO#   : 743146                                                    WAREHOUSE:  10 WAREHOUSE AVE
REQ. STORE#   :
VENDOR . . .  : LZB    LA-Z-BOY CHAIR COMPANY                                ENTRY: 12/16/2019 10:12:10 SRV808KK1
REASON . . .  :                                                              CLOSE: 12/16/2019 10:12:10 SRV808KK1

                         DEBIT MEMO   GENERATED    SHIPPED
LINE# VENDOR/MODEL        QUANTITY    QUANTITY     QUANTITY       UNIT COST    EXTENDED COST
==================================================================================================================
  1                           0           0           0                .00            30.00

      Reason . . . :                            Location    :
      ACK#/Product ID:                          Invoice .   :
      Customer Name :       Service # . :  000-0000000-000  Auth . . .  :
      Replacement Mdl:      Delivery Date:                  Vend Agree: Yes
                            Sell at . . :      0% off

      Problem Description
      -------------------
      IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
      810-1263348-001 JAY 010-706-SUNSHINE ROCKER RECLINER
      REFER TO DM# 735371
      DEDUCT $30.00
      PLEASE REIMBURSE FRANCHISE STORE 202 A $30.00 HANDLING FEE.
==================================================================================================================

                                                                          TOTAL COST:           30.00

                                       ** END OF LISTING **
```

```
PRINT DATE    : 12/20/2019                      ART VAN FURNITURE INC.                                    PAGE NUMBER:   1
PRINT TIME    : 11:42:34                            DEB MEMO                                       WAREHOUSE: 10 WAREHOUSE AVE
DEBIT MEMO#   : 744256
REQ. STORE#   :                                                                           ENTRY: 12/20/2019  11:42:32  SRV808KK1
VENDOR . . . :  FRANK FRANKLIN CORP                                                       CLOSE: 12/20/2019  11:42:32  SRV808KK1
REASON . . . :

                              DEBIT MEMO   GENERATED    SHIPPED
LINE# VENDOR/MODEL             QUANTITY    QUANTITY    QUANTITY        UNIT COST    EXTENDED COST
================================================================================================
  1                                0           0           0               .00           30.00

     Reason . . . . :                          Location    :
     ACK#/Product ID:              Service #  . . : 000-0000000-000     Invoice  . :
     Customer Name  :              Delivery Date:                       Auth  . . :
     Replacement Mdl:              Sell at  . . :     0% off            Vend Agree: Yes

     Problem Description
     -------------------
     IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
     810-1276700-001 DRYE 8540-PLATNUIM CHAIR & A 1/2 ROCKER RECLINER
     REFER TO DM# 743019
     DEDUCT $30.00
     PLEASE REIMBURSE FRANCHISE STORE 202 A $30.00 HANDING FEE.
================================================================================================

                                                          TOTAL COST:      30.00

                               ** END OF LISTING **
```

```
PRINT DATE   : 12/26/2019                ART VAN FURNITURE INC.                                    PAGE NUMBER:    1
PRINT TIME   : 7:27:44                         DEBIT MEMO
DEBIT MEMO#  : 745090
REQ. STORE#  :                                                         WAREHOUSE: 10 WAREHOUSE AVE
VENDOR . . . : UNIFU UNITED FURNITURE INDUSTRIES                       ENTRY: 12/26/2019  7:27:42  SRV808KK1
REASON . . . :                                                         CLOSE: 12/26/2019  7:27:42  SRV808KK1

                 DEBIT MEMO   GENERATED    SHIPPED
LINE#  VENDOR/MODEL    QUANTITY    QUANTITY    QUANTITY     UNIT COST   EXTENDED COST
============================================================================================
  1                        0           0           0            .00          30.00

       Reason . . . . :                   Location   :
       ACK#/Product ID:                   Service # .: 000-0000000-000      Invoice    :
       Customer Name  :                   Delivery Date:                    Auth       :
       Replacement Mdl:                   Sell at . .:  0% off              Vend Agree: Yes

       Problem Description
       -----------------------
       IN HOME DELIVERY FEE TO EXCHANGE DEFECTIVE ITEMS. $30.00
       810-1276466-001 A LA CARTE 5058-48X ROUND TABLE
       REFER TO DM# 744154
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 202 A $30.00 HANDLING FEE.
============================================================================================

                                                                    TOTAL COST:     30.00

                                       ** END OF LISTING **
```